1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  ELLEN PAPADAKIS, SBN 186621
   THELEN REID & PRIEST LLP
7  101 2nd Street, 18th Floor
   San Francisco, CA 94105
8  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
9
   Attorneys for Defendants
10

11

12                     UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 JAMES SANFORD,
                                    Case No. CIV.S. 04-1360 MCE CMK
15
         Plaintiff,
16
                                    **REQUEST FOR DISMISSAL AND**
17       vs.
                                    **ORDER THEREON**
18
   TONIS OIL INC. DBA SHELL; EQUILON
19 ENTERPRISE, LLC; and DOES 1 through
   10,
20
21       Defendants.
22  _____/

23

24 ///

25

26 ///

27

28 ///

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Tonis Oil, Inc. dba Shell and Equilon Enterprises, LLC, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 8, 2005              LAW OFFICES OF LYNN HUBBARD, III


/s/ Scottlynn J. Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff


Dated: September 8, 2005              THELEN REID & PRIEST LLP


Signature On File
ELLEN PAPADAKIS, ESQ.
Attorneys for Defendants


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1360 MCE CMK, is hereby dismissed with prejudice.

Dated: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE